UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4-18-11

Evelyn Norman,

                        Plaintiff(s),

-against-

Recovery Associates, L.L.C., et al.,

                        Defendant(s).

ORDER - INITIAL
PRETRIAL CONFERENCE

11 Civ. 1025 (PKC)

P. KEVIN CASTEL, U.S.D.J.

       The initial pretrial conference previously scheduled for April 29, 2011 at is adjourned until May 4, 2011 at 3:00 p.m. in Courtroom 12C at the United States Courthouse, 500 Pearl Street, New York, New York.

       SO ORDERED.

                                          P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
          April 18, 2011