Castel, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-21-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELYN NORMAN,                                   )
                                                 )
                Plaintiff,                       )
                                                 )
                                                 ) No. 11-cv-1025 (PKC)
        v.                                       )
                                                 )
PORTFOLIO RECOVERY ASSOCIATES, L.L.C., and       )
COHEN & SLAMOWITZ, LLP,                          )
                                                 )
                Defendants.                      )

Notice of Dismissal

PLEASE TAKE NOTICE the above-entitled action is dismissed against all Defendants with prejudice.

Dated: New York, New York
       June 16, 2011

                                        /s/ Brian L. Bromberg
                                        Brian L. Bromberg
                                        Attorney for Plaintiff

Attorneys for Plaintiff
Brian L. Bromberg
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, New York 10005
(212) 248-7906

SO ORDERED

_____
U.S.D.J.
6-20-11